145 A.3d 720

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Keith PENNYBAKER, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 31, 2016.

<hr>

### ORDER

PER CURIAM.

AND NOW, this 31st day of August 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and Petitioner's judgment of sentence is **VACATED**. The matter is **REMANDED** to the trial court for resentencing without application of 42 Pa.C.S. § 9718.4. *See Commonwealth v. Hopkins*, 632 Pa. 36, 117 A.3d 247 (2015) and *Commonwealth v. Wolfe*, 636 Pa. 37, 140 A.3d 651 (2016).

Chief Justice SAYLOR, Justice TODD, and Justice DOUGHERTY dissent as they would grant the petition and hear the appeal.